FILED
2017 May-12 AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA


FILED
2017 May-12  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **JAMES MICHAEL HARPER,** | } |
| Plaintiff, | } |
| v. | } Case No.: 3:16-cv-00965-RDP-TMP |
| **GREG RAY, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OPINION

On April 26, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that, to the extent that Plaintiff's correspondence (Doc. # 8) can be construed as a motion for preliminary injunction, that motion is due to be denied. This action is referred to the magistrate judge for further proceedings with respect to Plaintiff's remaining claims.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this May 12, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE